**STEPHANIE GORDON**
HOMELESS
LAS VEGAS, NEVADA 89101
(702)000-0000
jellomagic11@yahoo.com
PLAINTIFF IN PROPER PERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHANIE GORDON,

        Plaintiff(s),

        -vs-

STATE OF NEVADA, *et al.*,

        Defendant(s).

CASE NO. 2:22-cv-00182-APG-BNW

**MOTION FOR AN EXTENSION TO AMEND**

On February 9th 2022, I was diagnosed with Covid-19 at UMC. I was fully vaccinated and boosted. 5/19/2021, 6/22/2021, and 12/20/2021. Because I was/am high risk, I was dreadfully ill. While being treated for Covid-19, while in the ER waiting area, a predator stole my backpack. LVMPD Event Number: 2022 100 125. My backpack had ALL my ID, medical card, phone, glasses, hearing aids, prescriptions, etc... I have not been able to get two of my prescriptions picked-up, and one of them is for Covid-19, because I have not been able to get ID to do so. And naturally none of those in this case have done a thing to help facilitate that. Expected as much.

    I had to go to court with George Kanawati on February 15th 2022. I was still very ill. Note in his response, fact free of course, 1. He doesn't know what he's talking about, 2. Fact and truth are not his friends. He spent six months cutting essential services daily, roof off for over a month, dumping toxic roofing materials on me, etc...

Neighborhood Justice called the property on September 23rd 2021 to ask why the water had been off for over 4 days. And there had not been any hot water at all. NO notice for any of it. But he believes he's above the law and the law does not apply to him. Pictures will be included with the amended filing.

He's complaining about what property I need to have removed having been there 41 days. He spent over six months, August 2021 to January 18th 2022, taking abusive actions against a person over sixty years of age, with chronic health issues. (Heart failure/high BP)

I respectfully request the court's indulgence for 30 days to amend the complaint against the entities myself or let the Department of Justice's Civil Rights Division handle the case themselves.

Without ID, I have been unable to obtain another phone or anything else. Without ID, it is damn near impossible to get ID.

I will update court with a working phone number and mailing address the minute I get them.

Enclosed in this filing:

1. Fax sent to SSA OIG

2. Response from George Kanawati justifying his actions.

STEPHANIE GORDON
HOMELESS
LAS VEGAS, NV 89101
jellomagic11@yahoo.com

### ORDER

IT IS ORDERED that ECF No. 4 is GRANTED. Plaintiff shall have until 4/4/2022 to file an amended complaint. Failure to comply with this Order will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED
DATED: 3:47 pm, March 03, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

SUNDAY FEBRUARY 6TH 2022

SOCIAL SECURITY ADMINISTRATION

OFFICE OF THE INSPECTOR GENERAL

ALLEGATION MANAGEMENT & FUGITIVE ENFORCEMENT DIVISON

P.O. BOX 17785

BALTIMORE, MARYLAND 21298

FAX: (410)597-0118

I have waited for nearly four very long years now to do something about this. Clearly, without filing suit, you aren't going to do anything about it. It is criminal when officer's of the court lie. And the rest of their employees fail to do their jobs. SSA is responsible for their actions. I was/am eligible for an advance emergency cash payment but I won't hold my breath waiting to get it.

This has been sent to the United States Attorney General Merrick Garland and to the F.B.I. Need to stop the corruption and fleecing of taxpayer dollars.

Stephanie Gordon

(702)666-4916

jellomagic11@yahoo.com

1

I will be 62 this coming Wednesday, February 9th 2022. My Father died August 31st 1975, Labor Day weekend at the age of 39. He died of a massive heart attack & stroke. This all documented. They had all the same information in front of them.

The original claim was June of 2011. Bobbie Montgomery had ALL of this information all along. When my employment ended, I was told by ALJ Ellis to have my claim re-opened. Bobbie Montgomery started a new claim.

Note: She specifically specified "Only Dates Requested" when she requested the records February 9th 2017. She deliberately excluded the angiogram in the first go around and again in the second go around.

Can you explain how I can be a "Failure to Appear" at a postponed hearing? If they can comprehend what they read, it's simply not possible. They need to make up their minds. I have more than this though. And they know it.

**Successful Fax Transmission to SSA, Ofc of the Inspector General<0014105970118>**　　vegass702@yahoo.../Inbox

**ScannX Cloud Services** <cloudservices@scannx.com>　　Feb 6 at 3:33 PM
To: jellomagic11@yahoo.com

**Transmission Results**

| | |
|---|---|
| Destination Fax: | 0014105970118 |
| Contact Name: | SSA, Ofc of the Inspector General |
| Start Time (GMT): | 2/6/2022 11:24 PM |
| End Time (GMT): | 2/6/2022 11:32 PM |
| Transmission Result: | Fax delivery completed |
| Pages sent: | 15 |
| Subject: | |
| CSID: | PHONE_NUMBER |
| Duration (In Seconds): | 435 |
| Message ID: | 1234156052 |

Thank you for using the LDS Software Standard

For more information visit us at www.scannx.com

© 2022 - ScannX, Inc. All Rights Reserved. ScannX is a registered trademark of ScannX, Inc.

**Re: Personal Property**

vegass702@yahoo.../Inbox


George Kanawati <kanawatigroup@yahoo.com>
To: Stephanie Gordon <jellomagic11@yahoo.com>

Feb 25 at 12:22 PM

Here is a 3 phone numbers you can have him get a hold of us at

+1 (702) 463-3240
+1 (702) 941-7768
+1 (725) 236-6382

I will give you until Tuesday to pick up the items. That will be 41 days after your eviction for non payment of rent for over 15 months. After that I will no longer continue to email you or attempt to contact you. I have gone above and beyond trying to get you your belongings.

I will not continue to communicate with someone that continues to disrespect me. What did you expect when you have not paid rent in 15 months ??
This is what happens when you don't pay your obligations. If you don't like it you should have paid and none of this would have happened. We are a business not a free shelter that you can stay at for free.

Tuesday will be the final day for you to pick up your items anything not picked up we will throw in the trash.

George Kanawati



THIS COMMUNICATION MAY CONTAIN CONFIDENTIAL AND/OR OTHERWISE PROPRIETARY MATERIAL and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

On Feb 25, 2022, at 11:31 AM, Stephanie Gordon <jellomagic11@yahoo.com> wrote:

Disrespect? You've got to be kidding! Like you didn't fix the door in Sept? Like shutting off the water when I was in the shower? Twice. Dumped roofing material on me for over a month? Shut the power off when I was fixing something to eat? Withholding mail. Get real! If you have a problem with the truth that's your problem.

You don't have an even passing familiarity with the truth, not surprised reading comprehension is lacking. I - DO - NOT - HAVE - A - PHONE! STOLEN! Have to communicate via email and that connection is limited. I knew there wasn't anything there. But I have the pictures and will recoup the losses in the courts  Or put a lien on your property  Perjury is a Class D felony, jail time and hefty fine. So don't talk to me about disrespect.

I only have 5  more minutes to use the computer for the day. Try to check tomorrow. I will send the attorney an email and give them the status of the property. And let the man at the church know that help may not be needed after all. Sue for enough cash to cover the losses. It's documented.

Stephanie Gordon
jellomagic11@yahoo.com

On Thursday, February 24, 2022, 03:06:32 PM PST, George Kanawati <kanawatigroup@yahoo.com> wrote:

All you needed to say was you will check to see when he can come pick it up.

I haven't called you any names or disrespected you. So I would appreciate if you do the same.

There was no rent paid for over 15 months for your place. This is a business not a free shelter. You are upset that we evicted you what did you expect when you don't pay rent?

This is now the 4th email and still you have not answered the question of when you will come pick up your belongings. If I was this smug punk that you want to call me I would have dumped your things the day after your 30 days expired, but I am still trying to give you a chance to pick it up. We can't hold it forever.

George Kanawati

THIS COMMUNICATION MAY CONTAIN CONFIDENTIAL AND/OR OTHERWISE PROPRIETARY MATERIAL and is thus for use only by the intended recipient. If you received this in error, please contact the sender and delete the e-mail and its attachments from all computers.

On Feb 24, 2022, at 2:49 PM, Stephanie Gordon <jellomagic11@yahoo.com> wrote:

Lets  see.

1. He refused to give me a lease to rent to me based on the lies of HELP of Southern NV.
2. No notice as to the change of ownership or contact information, by law.
3. Repeated daily interruptions to essential services for over 6 months. NO NOTICE!
4. Ripped roof off and not replaced for over a month. Dumped toxic roofing materials, dust and dirt on me for over a month. Twice in my eyes. Rained on several times. Pictures to prove all of it.
5. Withheld mail.
6. Tore up the bathroom, left the mess.
7. Tore holes in the roof and left that mess too. Dumped that all over everything in the room. Unlike him, pictures don't lie.
8. Claimed a 14-day notice with no proof.

As I explained, as is documented, he is a documented liar times over, on taxpayer's dime. And he's complaining about the number of days? Get real! And none of you have done a thing about this? As explained R-E-P-E-A-T-E-D-L-Y, I got Covid-19, when HELP of Southern NV was fully aware I was, then and now, a high risk case. My backpack was stolen from the UMC ER waiting room (LVMPD 2022100125) the day I was being treated for Covid-19

So let the smug punk, whom you have given business licenses and contracts to, throw my property in the garbage. I have a year to bring a case in State court and there is still the federal case.

I do not have continuous access to a computer at this time. So big deal he sent 3 emails. Funny, when he ripped the roof off and was busy cutting essential services, there were all kinds of people around. So let the smug punk, and you too for that matter, do whatever you want. Lets see how it washes out in court. I'm still aiming for a perjury charge and then some. So let him just go for it.

I will check with the men from the church to see when they can/will comeback.

Stephanie Gordon
jellomagic11@yahoo.com