1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Stephanie Gordon,

           Plaintiff,

  v.

State of Nevada, *et al*.,

           Defendants.

Case No. 2:22-cv-00182-CDS-BNW

**REPORT AND RECOMMENDATION**

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if she so chose). *See* ECF No. 3. Plaintiff was given until March 2, 2022 to amend her complaint. *Id.* at 4. The Court advised Plaintiff that if she did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Plaintiff was subsequently given an extension to amend her complaint until April 4, 2022. *See* ECF No. 5 at 2. Plaintiff was again advised that failure to comply with this order would result in a recommendation that this case be dismissed. *Id.* Plaintiff did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiff abandoned her case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice and this case closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 20, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE