STEPHANIE GORDON
HOMELESS
LAS VEGAS, NEVADA 89101
jellomagic11@yahoo.com
PLAINTIFF IN PROPER PERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHANIE GORDON,

          Plaintiff(s),

-vs-

STATE OF NEVADA, et al.,

          Defendant(s).

CASE NO. 2:22-cv-00182-CDS-BNW

**MOTION TO RECONSIDER**

I believe there is some confusion between this case and the Judicial Review I requested for 2:22-cv-00508-JAD-VCF. They are two different issues.

January 18th 2022 I was evicted from a property where I was placed November 2019 by HELP of Southern Nevada. Just over 2 weeks later,,February 9th 2022, my 62nd birthday, I was diagnosed with Covid-19. I am a high risk candidate for the disease due to high BP and heart failure.

I was taken to UMC by ambulance. Too ill to go to the hospital under my own power. After being tested and treated, I was placed in the ER waiting area. While drifting in and out, my backpack was stolen by a predator. They got ALL my ID, insurance card, hearing aids, glasses, phone, bus pass, etc... Without ID I was unable to get one of the prescriptions I needed for Covid-19 and one of my regular monthly prescriptions. And

without ID and my insurance card I am unable to receive treatment for long Covid. I have been struggling for weeks with it.

March 8th 2022, I received an email from Shawna Quemada from Clark County Social Services. She wanted to know if I would be willing to be placed at the Rodeway Inn until permanent housing could be found. That would have put me in an area that I was familiar with, closer to Dr.'s I see, my hospital of choice, a grocery store, library, college campus, etc... She said that was all that was available.  That's not what happened.

March 15th 2022 Clark County Social Services placed in another of their "drug houses", substance abuse facilities. She finished the job her partners from HELP of Southern Nevada started. She placed me as far out as you could go. An isolated area, close to absolutely nothing. No access to a computer, library, grocery store, etc...Looked me straight in the eye and bold faced lied. Have not seen or heard from her since.

When she dumped me off she knew I hadn't had any of my regular medicine since February 9th when my backpack was stolen nor clean clothes since November of 2019. She gave some lame excuse. Her bosses, her partners, the Governor's office, NV HHS, HUD, and Nevada AG have ALL been given the documentation. Truth and facts do NOT fir their narrative.

They will deny you services based on the trash they manufacture but don't have a problem with keeping a documented felon on the taxpayer payroll. He spent six months shutting off services daily and a variety of other things. The Department of Justice has opened an investigation for housing discrimination, elder abuse, and age.

It is no accident I was placed out in an isolated area. That was the plan from the start. I was told to see their Dr. so he can write up some fabricated claim to fleece taxpayers. All I have been trying to do is defend myself and get back into school. If they

think deliberately placing me in an isolated area is going to keep me from seeking accountability and justice, think again. Because I had no access to anything and struggling with long Covid, I missed the deadline. If it is too late to be reconsidered, I will refile it.

I applied for the indigent fund on February 6th 2022. They have used every excuse to deny me that also. I could have gotten my ID, another phone I can hear on, a bus pass to get to where I need to go, etc...

Respectfully,

STEPHANIE GORDON
HOMELESS
LAS VEGAS, NV 89101
jellomagic11@yahoo.com

## ORDER

IT IS ORDERED that the Court's Report and Recommendation at ECF No. 7 is VACATED based on Plaintiff's motion at ECF No. 8.

IT IS FURTHER ORDERED that Plaintiff must file an amended complaint by May 20, 2022. Failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to send Plaintiff a copy of the Court's screening order (ECF No. 3), which Plaintiff must follow when filing her amended complaint.

IT IS SO ORDERED
DATED: 9:26 am, April 25, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE